# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| Marquez Mitchell-Spann, ) | Case No. 0:21-cv-3153-RMG |
| ) | |
| Petitioner, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| Sheriff Kristin Graziano, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

Considering Petitioner's amended petition, (Dkt. No. 17), the Court declines to adopt the Report and Recommendation of the Magistrate Judge, (Dkt. No. 14), as moot. The Court rerefers this matter to the Magistrate Judge for consideration of Petitioner's amended petition.

**AND IT IS SO ORDERED**.

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

December 6, 2021
Charleston, South Carolina